United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 25-13130-SC |
| Stella Acosta | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 09, 2026 | Form ID: 318a | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Stella Acosta, 617 Ocean Ave, Apt D, Seal Beach, CA 90740-6175 |
| 42774162 | | Andrew H. Chen, DDS, FADSA, 1000 Newbury Rd Ste 280, Newbury Park, CA 91320-6445 |
| 42774163 | | Azar Daneshbod MD, Med. Corp., 5700 Southwyck Blvd, Toledo, OH 43614-1509 |
| 42774166 | + | CMRE Financial Services, PO Box 441575, Detroit, MI 48244-1575 |
| 42774167 | | Doctor Data, Inc., 3755 Illinois Ave, Saint Charles, IL 60174-2420 |
| 42774168 | | Donald N. Schwartz MD, Inc., 2650 Elm Ave Ste 108, Long Beach, CA 90806-1600 |
| 42774171 | + | Los Alamitos Medical Services, PO Box 1259, Oaks, PA 19456-1259 |
| 42774172 | | MRS BPO, 402 Lippincott Dr, Marlton, NJ 08053-4112 |
| 42774174 | | O.Bahat, J.Gordan, Med. Corp., 414 N Camden Dr Ste 1280, Beverly Hills, CA 90210-4512 |
| 42774176 | + | OC Fire Authority, 1 Fire Authority Road, Irvine, CA 92602-0125 |
| 42774175 | | Oaxaca, Ong & Jensen, 805 Central Ave, Seal Beach, CA 90740-6309 |
| 42774177 | # | Orthopedic Specialty Institute, 280 S Main St, Orange, CA 92868-3852 |
| 42774178 | | Patricia Buckly, O.D., 2650 Elm Ave Ste 108, Long Beach, CA 90806-1600 |
| 42774182 | | Revco Solutions, PO Box 3118, Seal Beach, CA 90740-2118 |
| 42774187 | | UCLA Health, PO Box 748260, Los Angeles, CA 90074-8260 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | Email/Text: Weneta.Kosmala@txitrustee.com | Feb 10 2026 01:20:00 | Weneta M.A. Kosmala (TR), c/o Law Offices of Weneta M.A. Kosmala, 4425 Jamboree Rd., Suite 183, Newport Beach, CA 92660 |
| smg | | EDI: EDD.COM | Feb 10 2026 05:56:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Feb 10 2026 06:02:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42774164 | | EDI: CAPITALONE.COM | Feb 10 2026 05:56:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 42774165 | | EDI: CITICORP.COM | Feb 10 2026 05:56:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 42774169 | | EDI: IRS.COM | Feb 10 2026 05:56:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 42774170 | + | Email/PDF: TenetBKNotifications@resurgent.com | Feb 10 2026 01:31:42 | Los Alamitos Medical Center, 3751 Katella Ave, |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Feb 09, 2026 | Form ID: 318a | Total Noticed: 30

| | | | Los Alamitos, CA 90720-3164 |
|---|---|---|---|
| 42774173 | ^ MEBN | Feb 10 2026 01:15:49 | Nordstrom Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 42774179 | EDI: PRA.COM | Feb 10 2026 05:56:00 | Portfolio Recovery Associates, 120 Corporate Blvd, Norfolk, VA 23502 |
| 42774180 | EDI: PMSCOLLECTS.COM | Feb 10 2026 06:02:00 | Progressive Management Systems, 1521 W Cameron Ave Fl 1, West Covina, CA 91790-2738 |
| 42774181 | Email/Text: ngisupport@radiusgs.com | Feb 10 2026 01:18:00 | Radius Global Solutions, 7831 Glenroy Rd Ste 250, Minneapolis, MN 55439-3117 |
| 42774184 | + Email/Text: clientservices@sourcerm.com | Feb 10 2026 01:20:00 | Source Receivables Management, PO Box 4068, Greensboro, NC 27404-4068 |
| 42774185 | EDI: SYNC | Feb 10 2026 05:56:00 | Synchrony, PO Box 965036, Orlando, FL 32896-5036 |
| 42774186 | EDI: SYNC | Feb 10 2026 05:56:00 | Synchrony / Care Credit, PO Box 71757, Philadelphia, PA 19176-1757 |
| 42774188 | EDI: WFCCSBK | Feb 10 2026 05:56:00 | Wells Fargo Card Services, PO Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 15

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42774183 | ##+ | Smileactives, PO Box 2031, Harlan, IA 51593-0074 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Stella Acosta bhestonecf@gmail.com  benheston@recap.email,NexusBankruptcy@jubileebk.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |
| Weneta M.A. Kosmala (TR) | ecf.alert+Kosmala@titlexi.com  wkosmala@txitrustee.com;dmf@txitrustee.com;sdk@txitrustee.com |

TOTAL: 3

**Information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Stella Acosta** |
| | First Name   Middle Name   Last Name |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court | Central District of California |
| Case number: | **8:25–bk–13130–SC** |

Social Security number or ITIN   xxx–xx–1447
EIN   __–_____

Social Security number or ITIN   ____
EIN   __–_____

# Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stella Acosta

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 2/9/26

**Dated:** 2/9/26

By the court:   Scott C Clarkson
                United States Bankruptcy Judge

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

9/AUTU

For more information, see page 2 >

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**